IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01948-BNB-CBS

KATHRYN KIPLING,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota Division of State Farm Mutual Automobile Insurance Company,

Defendant.

**ORDER**

This matter arises on the plaintiff's **Unopposed Motion to Amend Scheduling Order and to Extend the Deadline for Filing Response to Defendant's Motion for Summary Judgment** [Doc. # 30, filed 5/15/2012] (the "Motion for Extension"), which is GRANTED as specified.

The plaintiff asserts that it cannot respond to the defendant's motion for summary judgment until after certain depositions; those depositions have not yet been scheduled; and that "several scheduling conflicts . . . make it difficult to schedule depositions until later this summer," necessitating an extension of the discovery cut-off and dispositive motion deadline.

IT IS ORDERED that the Motion for Extension [Doc. # 30] is GRANTED to the following extent:

(1)   The plaintiff shall respond to Defendant State Farm's Motion for Summary Judgment [Doc. # 26] on or before August 31, 2012;

(2)   The discovery cut-off is extended to and including August 31, 2012. All written

discovery must be served so that responses are due on or before the discovery cut-off; and

       (3)       The dispositive motion deadline is extended to and including August 31, 2012.

Dated May 17, 2012.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge