IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01948-BNB-CBS

KATHRYN KIPLING,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota Division of State Farm Mutual Automobile Insurance Company,

Defendant.

## ORDER

The parties appeared this morning for a status conference.  Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1)     The pretrial conference on October 29, 2012, and all related deadlines, and the trial set to commence on November 26, 2012, are VACATED, to be reset at a later date;

(2)     The plaintiff is granted leave to file a sur-reply in opposition to Defendant's Motion for Summary Judgment [Doc. # 26].  The sur-reply may not exceed five pages and shall be filed on or before **October 17, 2012**; and

(3)     Argument on  Defendant's Motion for Summary Judgment [Doc. # 26] is set for one hour on **November 2, 2012, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated October 10, 2012.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge