IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   11-cv-01948-BNB-CBS | Date: November 2, 2012 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHRYN KIPLING | *Daniel J. Caplis* |
| | *Bradley A. Levin* |
| **Plaintiff(s)** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | *Franklin D. Patterson* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:08 a.m.

Appearance of counsel.

Argument presented on [26] Motion for Summary Judgment.

**ORDERED:   Matter is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 11:05 a.m.   Hearing concluded.   Total time in Court: 00:57

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119