IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-01948-BNB-CBS | Date: November 2, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHRYN KIPLING<br>**Plaintiff(s)**<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>**Defendant(s)** | *Daniel J. Caplis*<br>*Bradley A. Levin*<br><br><br><br>*Franklin D. Patterson* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:08 a.m.

Appearance of counsel.

Argument presented on [26] Motion for Summary Judgment.

**ORDERED:   Matter is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 11:05 a.m.    Hearing concluded.    Total time in Court: 00:57

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119