IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01948-BNB-CBS

KATHRYN KIPLING,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota
Division of State Farm Mutual Automobile Insurance Company,

Defendant.

---

## ORDER

---

The parties appeared this morning for a status conference.  Consistent with matters

discussed there:

IT IS ORDERED:

(1)    The case schedule is modified to the following extent:

Discovery Cut-Off:                February 28, 2013.

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Remaining Discovery is limited to the following:

5 depositions per side;
10 interrogatories per side; and
15 requests for production per side.

Expert Disclosures:

The defendant shall designate all rebuttal experts
and provide opposing counsel with all information
specified in Fed. R. Civ. P. 26(a)(2) on or before

January 31, 2013.

(2)    A final pretrial conference will be held in this case on March 25, 2013, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than March 18, 2013.

(3)    A four day jury trial is set for May 13-16, 2013, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Trial days commence at 8:30 a.m., and run until 5:00 p.m.

Dated November 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge