IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     11-cv-01948-BNB-CBS | Date:  MARCH 25, 2013 |
| Courtroom Deputy:     Julie Dynes | FTR:  BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHERYN KIPLING | *Bradley A. Levin* |
| | *Thomas G. Tasker* |
| **Plaintiff(s)** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | *Franklin D. Patterson* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

Court in Session: 9:40 a.m.

Appearance of counsel.

Discussion held on [69] Unopposed Motion for Leave to Conduct Additional Discovery.

**ORDERED:  [69] Unopposed Motion for Leave to Conduct Additional Discovery is GRANTED.**

Proposed Pretrial Order reviewed.

**ORDERED:  Parties agree to seat a jury of eight (8), with not less than six (6) deliberating. Four day jury trial confirmed for May 13, 2013 at 8:30 a.m.  Parties allowed 20 minutes each for voir dire.  Parties to submit proposed jury instructions, verdict forms, and proposed voir dire on or before April 8, 2013.**

**Status conference to discuss instructions set for May 2, 2013 at 9:00 a.m. Revised exhibit lists, with Bates numbers, due at the conference.**

Discussion held on trial procedures.

**ORDERED:   Reply to [66] Motion to Reconsider due by April 1, 2013.**

Discussion held on whether to inform the jury on insurance limits or not.  Parties are to be prepared to discuss this again at the status conference on May 2, 2013.

**Pretrial Order was approved and filed.**

Court in Recess: 10:00 a.m.    Hearing concluded.     Total time in Court: 00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119