IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:    11-cv-01948-BNB-CBS | Date:  May 2, 2013 |
| Courtroom Deputy:    Julie Dynes | FTR:  BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHERYN KIPLING | *Thomas G. Tasker* |
| | *Bradley A. Levin* |
| | *Daniel J. Caplis* |
| | *Stephen W. Wahlberg* |
| **Plaintiff(s)** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE | *Franklin D. Patterson* |
| INSURANCE COMPANY | *Katelyn S. Werner* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**STATUS/TRIAL PREPARATION CONFERENCE**

Court in Session: 9:09 a.m.

Appearance of counsel.

Discussion held on admission of insurance policy and limits.

Discussion held on jury instructions.

Argument presented on [78] Plaintiff's Unopposed Motion in Limine Regarding Her Present Financial Condition.

**ORDERED:    [78] Plaintiff's Unopposed Motion in Limine Regarding Her Present Financial Condition is DENIED without prejudice.  Issue may be raised at trial.**

Argument presented on [77] Plaintiff's Motion in Limine Regarding Testimony of Her Step-Children.

**ORDERED:  [77] Plaintiff's Motion in Limine Regarding Testimony of her Step-Children is GRANTED IN PART and DENIED IN PART.**

Argument presented on [79] Plaintiff's Unopposed Motion in Limine Regarding Other Sums Received By Plaintiff.

**ORDERED:  [79] Plaintiff's Unopposed Motion in Limine Regarding Other Sums Received By Plaintiff is DENIED without prejudice. Issue may be raised at trial.**

Argument presented on [80] Plaintiff's Motion in Limine Regarding Her Subsequent Relationship with Michael McCasky.

**ORDERED:  [80] Plaintiff'sMotion in Limine Regarding Her Subsequent Relationship with Michael McCasky is DENIED.**

Argument presented on [82] Plaintiff's Motion in Limine Regarding Quicksilver Evidence.

**ORDERED:  [82] Plaintiff's Motion in Limine Regarding Quicksilver Evidence is GRANTED.**

Discussion held on time limits.

**ORDERED:  Time limits previously set by the court for voir dire, openings, and closings will not be enforced.**

Case to be tried to a jury of eight (8), each side will be allowed three (3) peremptory challenges.

Court in Recess: 09:49 a.m.   Hearing concluded.   Total time in Court: 00:40