IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01948-BNB-CBS

KATHRYN KIPLING,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota Division of State Farm Mutual Automobile Insurance Company,

Defendant.

---

**ORDER**

---

This matter arises on the following:

(1)  **Plaintiff's Motion In Limine Regarding Testimony of Her Step-Children** [Doc. # 77, filed 4/3/2013] (the "First Motion in Limine");

(2)  **Plaintiff's Unopposed Motion In Limine Regarding Her Present Financial Condition** [Doc. # 78, filed 4/3/2013] (the "Second Motion In Limine");

(3)  **Plaintiff's Unopposed Motion In Limine Regarding Other Sums Received By Plaintiff** [Doc. # 79, filed 4/3/2013] (the "Third Motion In Limine");

(4)  **Plaintiff's Motion In Limine Regarding Her Subsequent Relationship With Michael McCasky** [Doc. # 80, filed 4/3/2013] (the "Fourth Motion In Limine"); and

(5)  **Plaintiff's Motion In Limine Regarding Quicksilver Evidence** [Doc. # 82, filed 4/18/2013] (the "Fifth Motion In Limine").

I held a hearing on the motions in limine this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The First Motion In Limine [Doc. # 77] is GRANTED to preclude examination concerning disputes the step-children "claim to have had with Plaintiff since their father's death, including disputes regarding life-insurance proceeds and access to personal property kept at the marital home," and DENIED in all other respects. In particular, the step-children may testify concerning the plaintiff's claim to physical and emotional injuries;

(2) The Second Motion In Limine [Doc. # 78] is DENIED without prejudice. The defendant may inquire about the plaintiff's financial condition in the event she opens the door to such inquiry. Otherwise, the objection may be interposed at trial, if appropriate and necessary;

(3) The Third Motion In Limine [Doc. # 79] is DENIED without prejudice. The defendant may inquire about other sums received by the plaintiff and her financial condition in the event she opens the door to such inquiry. Otherwise, the objection may be interposed at trial, if appropriate and necessary;

(4) The Fourth Motion In Limine [Doc. # 80] is DENIED; and

(5) The Fifth Motion In Limine [Doc. # 82] is GRANTED.

Dated May 2, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge