IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 11-cv-01948-BNB-CBS

Kathryn Kipling,

    Plaintiff,

v.

State Farm Mutual Automobile Insurance Company,

    Defendant

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial on May 15, 2013, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 15th day of May, 2013.

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF                 ATTORNEY FOR DEFENDANT