IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01948-BNB-CBS

KATHRYN KIPLING,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota Division of State Farm Mutual Automobile Insurance Company,

Defendant.

## ORDER

At the conclusion of the trial, the jury returned a verdict in favor of the plaintiff and against the defendant in the amount of $4,480,948.60.  Although I announced that I would direct the Clerk of the Court to enter judgment based on the verdict, I am informed that there may be certain sums to be offset against the verdict.  See Pretrial Order [Doc. # 73] at Part 9.

IT IS ORDERED that on or before May 24, 2013, the parties shall file a status report addressing the issue of any offsets and the amount of the judgment which should be entered.

Dated May 16, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge