IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-01948-BNB

KATHRYN KIPLING,

Plaintiff

v.

STATE FARM MUTUAL AUTO INSURANCE COMPANY, DBA MINNESOTA DIVISION OF STATE FARM MUTUAL AUTO INSURANCE COMPANY.

Defendant.

---

**ORDER RE: DEFENDANT STATE FARM'S RENEWED MOTION FOR STAY OF EXECUTION ON JUDGMENT PENDING RESOLUTION OF APPEAL**

---

This Matter comes before the Court on Defendant State Farm Mutual Automobile Insurance Company's Renewed Motion for Stay of Execution on Judgment Pending Resolution of Appeal. The Court, having reviewed the Motion, any response and reply thereto, and being advised in the premises, makes the following findings and issues the following order:

The Court finds that a judgment in the principal amount of $4,444,750.75 was entered against State Farm and remains unsatisfied. The Court also finds that State Farm has filed a Rule 59 Motion for Judgment Notwithstanding the Verdict, and if that is denied, intends to file a Notice of Appeal.

The Court further finds that State Farm is prepared to file a supersedeas bond in the amount of $4,500,000.00, which is more than adequate to cover the amount of the judgment plus costs and any post-judgment interest which would accrue during appeal.

The Court therefore ORDERS, consistent with Fed. R. Civ. P. 62(d), that execution upon and enforcement of the judgment entered against Defendant State Farm Mutual Automobile Insurance Company in this action is STAYED. Upon receipt of the Mandate from the Appellate Court, this Court will enter further, appropriate orders.

Done this 6th day of September, 2013.

By,

_____
United States Magistrate Judge

1