# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01948-NYW-CBS

KATHRYN KIPLING,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a Minnesota Division of State Farm Mutual Automobile Insurance Company,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Plaintiff's Unopposed Motion for Leave to File Motions for Summary Judgment in Excess of Page Limit (the "Motion"). [#147, filed May 20, 2015].

    IT IS ORDERED that the Motion [#147] is GRANTED. The Clerk of Court is instructed to accept [#147-1] through [#147-16] for filing as Plaintiff's Motion for Summary Judgment and exhibits thereto.

DATED: May 22, 2015