IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-01948-NYW-CBS | Date: | July 10, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHERYN KIPLING, | *Bradley Aaron Levin* |
| | *Kerri J. Atencio* |
| | *Stephen W. Wahlberg* |
| **Plaintiff,** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE | *Franklin D. Patterson* |
| INSURANCE COMPANY, | *Katelyn Shea Werner* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Argument held on Plaintiff's Motion to Strike Portions of Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment [150] filed on May 29, 2015.

**ORDERED:** Plaintiff's Motion to Strike Portions of Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment [150] is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Parties may file responses to the Motion for Summary Judgment [149] on or before July 31, 2015. Responses are limited to ten (10) pages. Further oral argument on the Motion for Summary Judgment is set for August 20, 2015, at 10:00 a.m.

Court in Recess: 2:12 p.m.          Hearing concluded.          Total time in Court:   00:41

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.