IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-01948-NYW-CBS | Date: | August 20, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| KATHERYN KIPLING, | *Bradley Aaron Levin* |
| | *Kerri J. Atencio* |
| | *Stephen W. Wahlberg* |
| **Plaintiff,** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | *Franklin D. Patterson* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:03 a.m.

Appearance of counsel.

Discussion and argument held on Defendant State Farm's Motion for Summary Judgment on Remand [146] filed May 20, 2015.

**ORDERED:** Defendant State Farm's Motion for Summary Judgment on Remand [146] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Discussion held on Plaintiff's Motion for Summary Judgment [149] filed May 22, 2015.

**ORDERED:** Plaintiff's Motion for Summary Judgment [149] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Plaintiff's Motion to Strike Portions of Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment [150] was previously TAKEN UNDER ADVISEMENT on July 10, 2015.

Written Opinion to issue on all three Motions.

Court in Recess: 10:56 a.m.          Hearing concluded.          Total time in Court:   00:53