IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  11-cv-01948-NYW-CBS

KATHRYN KIPLING,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, doing business as, Minnesota Division of State Farm Mutual Automobile Insurance Company,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opion and Order entered by the Honorable Nina Y. Wang on February 3, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's  Motion for Summary Judgment (doc # 146)  is GRANTED, and Plaintiff's Motion for Summary Judgment 9doc. # 149) is DENIED.

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, State Farm Mutual Automobile Insurance Company,  and against Plaintiff, Kathryn Kipling.  It is

FURTHER ORDERED that Defendant State Farm Mutual Automobile Insurance Company shall have its costs by the filing of a Bill of Costs, pursuant to Fed. R. Civ. P. 58 and D.C.COLO.LCivR 54.1, with the Clerk of this Court within fourteen (14) days of entry of judgment.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are

DISMISSED with prejudice.

DATED at Denver, Colorado this __4th__ day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk